No. 446. TYMANN, ADMINISTRATRIX, *v.* WRIGHT, EXECUTOR, ET AL. Court of Appeals of New York. Cer-

tiorari denied. *William B. Hoffman* for petitioner. *Wright, Executor*, respondent, *pro se.*